**Criminal Case Cover Sheet**                                            **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.**  I_____          **Investigating Agency**  FBI_____

**City**  Boston_____          **Related Case Information:**

**County**  Middlesex_____     Superseding Ind./ Inf. _____  Case No. _____
                                     Same Defendant _____  New Defendant  X_____
                                     Magistrate Judge Case Number _____
                                     Search Warrant Case Number    See additional information _____
                                     R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name**  Michael Center_____          Juvenile:  ☐ Yes  ☑ No

                    Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name**  _____

**Address**  (City & State)  Austin, TX_____

**Birth date (Yr only):** 1964  **SSN (last4#):** 8052  **Sex** M  **Race:** White  **Nationality:** USA

**Defense Counsel if known:** _____          **Address** _____

**Bar Number** _____          _____

**U.S. Attorney Information:**

**AUSA**  Eric S. Rosen_____          **Bar Number if applicable**  NY4412326_____

**Interpreter:**  ☐ Yes  ☑ No          **List language and/or dialect:** _____

**Victims:**  ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☑ Yes  ☐ No

**Matter to be SEALED:**  ☑ Yes  ☐ No

          ☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at ———————————— ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☑ Complaint   ☐ Information          ☐ Indictment

**Total # of Counts:**  ☐ Petty ——— ☐ Misdemeanor ——— ☑ Felony  1_____

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
   accurately set forth above.

**Date:**  March 5, 2019          **Signature of AUSA:** _____

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Michael Center _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 1349 | Conspiracy to Commit Mail Fraud | 1 |
| Set 2 | 18 USC 981(a)(1)(c) | Forfeiture | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**    18-6218-MPK, 18-6237-MPK, 18-6236-MPK, 18-6234-MPK, 18-6238-MPK

18-6235-MPK, 18-6476-MPK, 18-6477-MPK, 18-6475-MPK, 18-6478-MPK, 18-6261-MPK, 18-6260-MPK

19-6003-MPK, 19-6005-MPK, 19-6004-MPK, 19-6006-MPK, 18-6240-MPK, 18-6310-MPK, 18-6474-MPK, 18-6474-MPK

18-7227-MPK, 19-6029-MPK, 19-6030-MPK

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013